UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRAPHIC ARTS INDUSTRY JOINT PENSION TRUST, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SOMERSET PRINTING,<br><br>　　　　Defendant. | Case No.  14-mc-80264-JST<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: ECF No. 1 |

This case was opened on September 19, 2014, upon a request for registration of a judgment of the United States District Court for the District of Columbia. ECF No. 1.  That order entered judgment by default in favor of Plaintiffs Graphic Arts Industry Joint Pension Trust, Marty Hallberg, and Donald J. Treis, and against Defendant Somerset Printing.  Id.

There has been no activity in this case in the more than seven months since the case was opened.  Perhaps the matter is active, but does not require judicial attention.  It seems equally likely, however, that the case has run its course.

Accordingly, the Court hereby issues an order to show cause why the case should not be dismissed.  The parties shall file a written response by no later than fourteen days from the date of this order.  If the parties fail to file a response by that date, the case will be dismissed.

IT IS SO ORDERED.

Dated:  May 19, 2015

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　United States District Judge