UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GRAPHIC ARTS INDUSTRY JOINT PENSION TRUST, et al.,

Plaintiffs,

v.

SOMERSET PRINTING,

Defendant.

Case No. 14-mc-80264-JST

**ORDER OF DISMISSAL**

Re: ECF No. 2

This case was opened on September 19, 2014, upon a request for registration of a judgment of the United States District Court for the District of Columbia. ECF No. 1. On May 19, 2015, the Court issued an order to show cause why the case should not be dismissed, noting that there had been no activity in the case since it was opened, and ordering the parties to file a written response within fourteen days. No response has been filed. Accordingly, the case is hereby dismissed. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: June 4, 2015

_____
JON S. TIGAR
United States District Judge